RECEIVED

SEP 2 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Vedol

versus

Leading Health Care of Louisiana Inc.

Civil Action No. 15-cv-02665

Judge Rebecca F. Doherty

Magistrate Judge Carol B. Whitehurst

## **JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Joint Motion Joint Motion to Approve the Collective Action Settlement and to Dismiss filed by Kristain Areana Vedol, individually and on behalf of others similarly situated and Beverly Salter, and Leading Health Care of LA, Inc., be **GRANTED** and that this matter be **DISMISSED WITH PREJUDICE**. [Rec. Doc. 53].

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 25 day of Sept., 2017.

Rebecca F. Doherty
United States District Judge